# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**   **Matter to be Sealed**

Greene / Southern

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Gregory D. Robinson

Alias Name:

Birth Date: 4-14-1977

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 20-03041-CR-S-MDH
New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any: 20-mj-2026DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Jessica R. Sarff

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☐ Yes ☒ No

**U.S.C. Citations**

Total # of Counts   5 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 4, 10 |
| 3 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 11 |
| 4 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 12 |

(May be continued on reverse)   Revised: 04-25-2018

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 21:853.F CRIMINAL FORFEITURES | FA |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |