## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Mustafa K. El-Min

Alias Name: Anthony L. Robinson

Birth Date: 05/25/1970

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 20-03041-CR-S-MDH

New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Jessica R. Sarff

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required? ☐ Yes ☒ No
Warrant Required? ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 1 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:853.F CRIMINAL FORFEITURES | FA |
| 3 | | |
| 4 | | |

(May be continued on reverse)

Revised: 04-25-2018