# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**   |   **Matter to be Sealed**
- ☒ Secret Indictment
- ☐ Juvenile

Greene / Southern

**Defendant Information**

Defendant Name: April D. White

Alias Name:

Birth Date: 04/27/1972

**Related Case Information**

Superseding Indictment?   ☒ Yes   ☐ No   If yes, original case number: 20-03041-CR-S-MDH

New Defendant(s)?   ☒ Yes   ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Jessica R. Sarff

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**   ☐ Yes   ☒ No
**Warrant Required?**   ☒ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts: 2 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 14 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA |
| 4 | | |

(May be continued on reverse)   Revised: 04-25-2018