# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**          **Matter to be Sealed**

Greene / Southern                                   ☒ Secret Indictment
                                                    ☐ Juvenile

**Defendant Information**

Defendant Name:   Jonathan C. Mallow

Alias Name:

Birth Date:       12/25/1989

**Related Case Information**

Superseding Indictment?   ☒ Yes   ☐ No   If yes, original case number: 20-03041-CR-S-MDH
New Defendant(s)?         ☒ Yes   ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Jessica R. Sarff

**Interpreter Needed?**

☐ Yes    Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody        **Writ Required?**     ☐ Yes   ☒ No
☐ Currently in State Custody          **Warrant Required?**  ☒ Yes   ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    3 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 3, 7 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA |
| 4 |  |  |

(May be continued on reverse)                                          Revised: 04-25-2018