# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
- ☒ Secret Indictment
- ☐ Juvenile

Greene / Southern

## Defendant Information

Defendant Name: Abbie J. Hensley

Alias Name:

Birth Date: 05/09/1987

## Related Case Information

Superseding Indictment? ☒ Yes  ☐ No   If yes, original case number: 20-03041-CR-S-MDH

New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

## U.S. Attorney Information

AUSA Jessica R. Sarff

## Interpreter Needed?

☐ Yes   Language and/or Dialect:
☒ No

## Location Status

Arrest Date:

- ☐ Currently in Federal Custody
- ☐ Currently in State Custody
- ☐ Currently on Bond

**Writ Required?**  ☐ Yes  ☒ No
**Warrant Required?**  ☒ Yes  ☐ No

## U.S.C. Citations

Total # of Counts: 3 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 15 |
| 3 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 16 |
| 4 | 21:853.F CRIMINAL FORFEITURES | FA |

(May be continued on reverse)

Revised: 04-25-2018