## NOTICE TO COUNSEL

Your attention is directed to 18 U. S.C. §§ 3143 and 3142, Subsection (f)(1), subparagraphs (a)(b)(c). Prior to plea of guilty, counsel is hereby advised to discuss with the United States attorney and their client, if he or she falls within the purview of these statutes, the likelihood that the client will be taken into custody at the time of their plea or sentencing.