IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DISTRICT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. |
| ) | 6:20-CR-03041 |
| **APRIL DENISE WHITE,** ) | |
| Defendant ) | |

## ENTRY OF APPEARANCE

**COMES NOW,** Peter G. Bender, Attorney and enters his appearance on behalf of Defendant April Denise White.

    Law Office of Peter G. Bender

    /s/ Peter G. Bender
    Attorney for Defendant
    MO Bar No. 46976
    1516 St. Louis Street
    Springfield, MO 65802
    417-862-2000 phone
    417-863-2002 fax

### *Certificate of Service*

I hereby certify that on January 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    /s/ Peter G. Bender