IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:20-CR-03041-5 |
| | ) | |
| APRIL WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW Branden Twibell, attorney at law, and hereby moves the Court for leave to withdraw as counsel for Defendant for the reason that attorney Peter Bender has entered his appearance as counsel for Defendant.

WHEREFORE, the undersigned counsel prays for leave to withdraw as attorney for Defendant.

Respectfully submitted,

/s/ *Branden Twibell*

_____
Branden Twibell, Mo Bar No. 61477
*Attorney for Defendant*
901 E. St. Louis St., Suite 1600
Springfield, MO 65806
Phone: (417) 862-1741
Fax: (417) 862-4044
Branden@TwibellPierson.com
www.TwibellPierson.com

## Certificate of Service

I hereby certify that on this 28th day of January, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

/s/ *Branden Twibell*

_____

Branden Twibell