## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**       **Date:**     January 29, 2021

**vs.**      **Case No.:**     20-03041-05-CR-S-MDH

**APRIL D. WHITE**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment
                             Detention Hearing
                             Scheduling Conference

**Time Commenced:** 10:08 a.m.                  **Time Terminated:** 10:19 a.m.

---

### APPEARANCES

**Plaintiff:**     Jessica Sarff, AUSA – via video conference
**Defendant:**   Peter Bender, Retained – via telephone conference
**USPPTS:**     Tracy Cowin

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

     *Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

     *Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket. Rule 5f Order entered.

     *Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 97). Arguments made regarding Defendant's custody. The Court takes matter of detention under advisement.

     Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel